**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

LISA MURPHY,                                                                    PLAINTIFF
ADC #760343

v.                              No. 1:14CV00106 JLH-JTK

SERGEANT BACON,
McPherson Unit                                                               DEFENDANT

## **JUDGMENT**

 Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice.  The relief

sought is denied.

 IT IS SO ADJUDGED this 7th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE